IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES,<br><br>    Plaintiff,<br><br>v.<br><br>ISAIAS F ALVAREZ,<br><br>    Defendant.<br>_____/ | No. C 14-01540 JSW<br><br><br><br>**ORDER TO SHOW CAUSE** |

By order dated April 9, 2014, this Court set the case management conference for July 11, 2014, and required personal appearances by lead counsel. On Friday, July 11, 2014, this Court held the initial case management conference in this matter. Lead counsel for Plaintiff, Concepcion Lozano-Batista, did not appear.

Accordingly, Concepcion Lozano-Batista is HEREBY ORDERED TO SHOW CAUSE in writing by no later than August 1, 2014, why she should not pay monetary sanctions in the amount of $250 for her failure to comply with the Court's Order setting the case management conference.

**IT IS SO ORDERED.**

Dated: July 21, 2014

                                                                 JEFFREY S. WHITE<br>
                                                                 UNITED STATES DISTRICT JUDGE