IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES,

    Plaintiff,                                 No. C 14-01540 JSW

  v.

ISAIAS F ALVAREZ,                       **ORDER IMPOSING SANCTIONS**

    Defendant.

    The Court had ordered Concepcion Lozano-Batista to show cause in writing by no later than August 1, 2014 as to why she should not pay monetary sanctions in the amount of $250 for her failure to comply with the Court's Order setting the case management conference. Without leave of Court, counsel filed a response after the deadline. Moreover, the Court finds that the response does not justify counsel's failure to have lead counsel attend the initial case management conference. Accordingly, the Court HEREBY SANCTIONS Concepcion Lozano-Batista in the amount of $250.

    **IT IS SO ORDERED.**

Dated: September 22, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE