IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al., | |
|     Plaintiffs, | No. C 14-01540 JSW |
| v. | |
| ISAIAS F ALVAREZ, et al., | **ORDER RE BANKRUPTCY STAY** |
|     Defendants. | |

It appears from the Notice of Bankruptcy filed on January 21, 2015, that defendant Isaias F. Alvarez has filed for bankruptcy pursuant to 11 U.S.C. § 362.  As there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore, IT IS HEREBY ORDERED that the Clerk of the Court shall submit a JS-6 form to the Administrative Office.  IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.  The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE